```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMUEL LOPEZ,

                Plaintiff,

        -against-                        1:24-cv-08152-GHW

249 ELDRIDGE STREET ASSOCIATES L.P., *et ano.*    ORDER

              Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated October 30, 2024, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 30, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's October 30, 2024 order forthwith and in any event no later than February 4, 2025.

      SO ORDERED.

Dated: February 1, 2025
New York, New York

                                        GREGORY H. WOODS
                                       United States District Judge