MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE: 212-433-2554

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2025

**MEMORANDUM ENDORSED**

**February 3, 2025**

Honorable Gregory H. Woods
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

   Re: *Samuel Lopez v. 249 Eldridge Street Associates L.P et al*
     *Civil Action No.:  1:24-cv-08152-GHW*
     ***Letter-Motion to Adjourn Conference and Extend Deadlines***

Dear Honorable Judge Woods,

 We represent Plaintiff in the above-styled action.

 Pursuant to the Court's October 30, 2024 Order [DE#7], the Parties are required to file a joint letter and proposed Case Management Plan by January 30, 2024, in advance of the initial status conference scheduled for February 6, 2025.

 Foremost however, the Plaintiff must apprise the Court that neither of the Defendants *249 Eldridge Street Associates L.P*, nor Pizza Loves Sauce LLC has yet to appear in this action. Furthermore, these Defendants have had no informal correspondence with the Plaintiff's office at this time, and this despite notice letters advising that Plaintiff will seek a motion for default judgment if they do not file an answer or response on the docket, forthwith. Thereon, due to the Defendants failure to appear, the Parties could not reasonably comply with the Court's October 7, 2024 Order [DE#7].

 Finally, and for these reasons, Plaintiff requests a 40-day adjournment of the initial status conference and its associated deadlines. This is the first request, and it is made well in advance of the Court's 48 hour notice requirement.

 Thank you for your time in considering this request.

Most Respectfully,

BARDUCCI LAW FIRM

*Maria Costanza Barducci*

PLLC

Maria-Costanza Barducci Esq.

---

Application granted. Because Defendants have not yet appeared in this matter, the initial pre-trial conference scheduled for February 6, 2025 at 3:00 p.m. is adjourned to March 18, 2025 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's October 30, 2024 order are due no later than March 11, 2025.  In the event Plaintiff intends to prosecute its case by way of order to show cause why default judgment should not be entered, the Court expects it to do so, in full compliance with the procedure articulated in the Court's Individual Rules of Practice in Civil Cases, no later than March 3, 2025. Plaintiff is specifically directed to comply with Rule 3(G) of the Court's Individual Rules. Plaintiff is directed to serve a copy of this order on each Defendant and to retain proof of service.

SO ORDERED.

Dated: February 5, 2025
New York, New York

  *Gregory H. Woods*
  GREGORY H. WOODS
  United States District Judge