USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SAMUEL LOPEZ,

                Plaintiff,

       -against-

249 ELDRIDGE STREET ASSOCIATES L.P., *et ano.*

                Defendants.

------------------------------------------------------------------X

1:24-cv-08152-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On March 3, 2025, the Court scheduled a hearing for April 14, 2025 at 10:00 a.m with respect to an order to show cause as to why default judgment should not be entered against Defendants. Dkt. No 27. Accordingly, the initial pretrial conference scheduled for March 18, 2025 at 4:00 p.m, Dkt No. 12, is adjourned *sine die*.

    SO ORDERED.

Dated: March 4, 2025
New York, New York

                                                     GREGORY H. WOODS
                                                  United States District Judge