USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SAMUEL LOPEZ,

                Plaintiff,

        -against-

249 ELDRIDGE STREET ASSOCIATES L.P., *et ano.*

                Defendants.
------------------------------------------------------------------------X

1:24-cv-08152-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on April 14, 2025, Plaintiff's application for default judgment is denied without prejudice. If no notice of dismissal is sooner filed, the Court expects that by May 12, 2025, Plaintiff will submit a renewed application for an order to show cause why default judgment should be entered.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 20, 24.

SO ORDERED.

Dated: April 14, 2025
New York, New York

                                              GREGORY H. WOODS
                                           United States District Judge